CRAIG A. MUELLER, Esq.
Nevada Bar No. 4703
CRAIG MUELLER & ASSOCIATES, INC.
723 S. Seventh Street
Las Vegas, NV 89101
Telephone (702) 382-1200
Email:  receptionist@craigmuellerlaw.com
Attorney For Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:20-cr-137-JAD-VCF |
| VS. | ) | |
| | ) | STIPULATION TO CONTINUE |
| CYRUS ORLANDO ORTEGA, | ) | MOTIONS DEADLINE |
| | ) | (Second Request) |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for Plaintiff the United States Of America and Craig A. Mueller, Esq., counsel for Defendant Cyrus Orlando Ortega, that the motions deadline date currently scheduled for October 19, 2020, be continued to a date convenient to this court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

   1.  Defense counsel is still reviewing the discovery in this case;

   2.  The parties agree to the continuance;

   3. The additional time requested herein is not sought for purposes of delay but merely to allow counsel for the defendant sufficient time within which to be able to effectively and completely review the discovery materials provided and to properly prepare a defense for

Defendant, taking into account considerations of due diligence;

4. Denial of this request could result in a miscarriage of justice;

5. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A), considering the factors under Title 18, United States Code, Section 3161(h)(8)(B)(I) and 3161(h)(8)(B)(iv);

7. This is the first request to continue the motions deadline date.

DATED this 14th day of October, 2020.

| | |
|---|---|
| Defendant CYRUS ORLANDO ORTEGA | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By: _/s/Craig A. Mueller_____<br>    CRAIG A. MUELLER, ESQ.<br>    Counsel For Defendant | By: _/s/Supriya Prasad_____<br>    SUPRIYA PRASAD ESQ.<br>    Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:20-cr-137-JAD-VCF |
| | ) | |
| VS. | ) | FINDINGS OF FACT, |
| | ) | CONCLUSIONS OF LAW, |
| CYRUS ORLANDO ORTEGA, | ) | AND ORDER |
| | ) | |
| Defendants. | ) | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defense counsel continues to review the discovery in this matter;

2. The parties agree to the continuance;

3. The additional time requested herein is not sought for purposes of delay but to allow counsel for the defense the opportunity to properly prepare a defense for Defendant, taking into account considerations of due diligence;

4. Denial of this request could result in a miscarriage of justice;

5. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A), considering the factors under Title 18, United States Code, Section 3161(h)(8)(B)(I) and 3161(h)(8)(B)(iv);

6. This is the first request to continue the motions deadline date.

For all of the above-stated reasons, the ends of justice would be best served by continuing the motions deadline date.

CONCLUSIONS OF LAW

The ends of justice would be served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing hearing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, and would deny defense counsel the opportunity to prepare an effective defense for his client, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(A), 361(h)(7) and Title 18, United States Code, Section 3161(h)(8)(A), when considering the factors under Title 18, United States Code, Sections 3161(h)(8)(B) and 3161(h)(8)(B)(iv).

ORDER

IT IS THEREFORE ORDERED that the motions deadline date currently scheduled for October 23, 2020,  be vacated and continued to December 23, 2020. Responses due by January 6, 2021. Replies due by January 13, 2021.

DATED this 4th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE