UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CYRUS ORLANDO ORTEGA,

    Defendant.

Case No. 2:20-cr-00137-JAD-VCF

**ORDER**

ECF No. 39

    Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the sentencing hearing currently scheduled for October 4, 2021 at 2:00 p.m. be vacated and continued to November 9, 2021, at 11:00 a.m. and will be conducted in person.

    Dated this 29th day of September 2021.

_____
UNITED STATES DISTRICT JUDGE